**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert BERNAL–MENDOZA,**
**Defendant–Appellant.**

No. 00–50264.

D.C. No. CR–99–00353–RMB.

United States Court of Appeals,
Ninth Circuit.

Submitted March 6, 2001 *.

Decided March 13, 2001.

Before KOZINSKI and TALLMAN, Circuit Judges, and FOGEL, District Judge.**

of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Jeremy D. Fogel, United States District Judge for the Northern District of California, sitting by designation.

MEMORANDUM ***

■ Because Bernal–Mendoza's prior burglary conviction is an aggravated felony under 8 U.S.C. § 1101(a)(43)(G), the district court did not err in enhancing his sentence pursuant to U.S.S.G. § 2L1.2(b)(1)(A). The charging and conviction documents demonstrate that the actual offense of which Bernal–Mendoza was convicted qualifies as a burglary offense. *See Ye v. INS*, 214 F.3d 1128, 1132 (9th Cir.2000) (defining "burglary" as "the unlawful or unprivileged entry into, or remaining in, a building or structure, with intent to commit a crime").

The PSR is sufficient proof of Bernal–Mendoza's prior conviction because he did not challenge the factual basis for the sentencing enhancement. *See United States v. Romero–Rendon*, 220 F.3d 1159, 1165 (9th Cir.), *cert. denied* —— U.S. ——, 121 S.Ct. 640, 148 L.Ed.2d 546 (2000); *see also United States v. Munoz*, 233 F.3d 1117, 1127 (9th Cir.2000) (citing *Romero–Rendon*, 220 F.3d 1159). Moreover, the district court also considered the relevant charging and conviction documents.

■ Finally, we recently affirmed that a prior aggravated felony conviction is a sentencing factor and need not be alleged in the indictment or proved beyond a reasonable doubt. *See United States v. Pacheco–Zepeda*, 234 F.3d 411, 414–15 (9th Cir. 2000), *amended* (Feb.8, 2001); *see also Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). The district court properly considered Bernal–Mendoza's prior conviction in sentencing him to 84 months in custody.

AFFIRMED.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

